# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WHITFIELD,<br><br>           Plaintiff,<br><br>      v.<br><br>JOHN HERNANDEZ et al.,<br><br>           Defendant. | Case No.: 1:13-cv-00724 AWI JLT<br><br>ORDER STRIKING MOTION TO AMEND<br>(Doc. 15) |

On February 13, 2014, Plaintiff filed a document entitled "Motion to Amend Complaint. (Doc. 15) However, the document, clearly, is not a motion. It fails to provide notice or to comply with any of the requirements of Local Rule 230. Instead, it appears the document is, in truth, an amended complaint. However, because Plaintiff may not file an amended complaint without leave of the Court, the document is **STRICKEN.**

IT IS SO ORDERED.

Dated:   **February 14, 2014**          /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

1