UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WHITFIELD, | ) Case No.: 1:13-cv-00724 - JLT |
| Plaintiff, | ) ORDER GRANTING DEFENDANTS' REQUEST FOR A TELEPHONIC APPEARANCE AT THE |
| v. | ) SCHEDULING CONFERENCE |
| JOHN HERNANDEZ, et al., | ) (Doc. 21) |
| Defendants. | ) |

On March 19, 2014, Defendants filed a request that the Court permit counsel to appear telephonically on behalf of Defendants at the Scheduling Conference.  (Doc. 21.)  The Court's order setting the Mandatory Scheduling Conference provides that appearances may be made telephonically, provided that CourtCall arrangements are made by counsel.  (Doc. 27 at 3.)

Accordingly, **IT IS HEREBY ORDERED**:

1.    Defendants' request for a telephonic appearance is **GRANTED**; and

2.    Counsel **SHALL** make arrangements to appear via CourtCall, and email confirmation to JLTOrders@caed.uscourts.gov.


IT IS SO ORDERED.

Dated:   **March 24, 2014**              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

1