UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WHITFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN HERNANDEZ et al.,<br><br>　　　　Defendant. | Case No.: 1:13-cv-00724 AWI JLT<br><br>ORDER AUTHORIZING SERVICE OF PLAINTIFF'S THIRD AMENDED COMPLAINT (DOC. 26) AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION |

Steven Whitfield is proceeding *pro se* and *in forma pauperis* with an action for a violation of his civil rights. After the Court granted Plaintiff leave to amend his complaint, he filed a Third Amended Complaint on March 31, 2014, in which Plaintiff identified Lise Aceves, as an additional defendant. (Doc. 26.)

Accordingly, **IT IS HEREBY ORDERED**:

1. Service of Plaintiff's Third Amended Complaint is appropriate for, and shall be initiated on Defendant Lise Aceves.[1]

2. The Clerk of the Court is directed to send Plaintiff one (1) USM-285 forms, one (1) summons, one (1) Notice of Submission of Documents form, an instruction sheet, and a copy of the Third Amended Complaint filed on March 31, 2014 (Doc. 26).

3. Within **twenty-one (21) days** from the date of this order, Plaintiff **SHALL** complete

---

[1] Defendants John Hernandez and Donnette Aguilera have appeared in this action, and have received electronic service of the Third Amended Complaint.

the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    One completed USM-285 form for Defendant Lise Aceves;

    b.    One completed summon for Defendant Lise Aceves; and

    c.    Two (2) copies of the endorsed complaint.

4.    Plaintiff need not attempt service on Defendant Lise Aceves and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    **Plaintiff is cautioned that failure to comply with this order will result in dismissal of the action pursuant to Local Rule 110.**

IT IS SO ORDERED.

Dated:   **April 2, 2014**          **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE