UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WHITFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN HERNANDEZ, et al.,<br><br>    Defendants. | **ORDER REASSIGNING THE ACTION**<br><br>Former Case No.: 1:13-cv-00724 - AWI - JLT<br><br>**New Case No.: 1:13-cv-00724-JLT** |

All parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Docs. 37, 40.)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. All further papers filed in this action shall bear the new case number: **1:13-cv-00724-JLT**.

IT IS SO ORDERED.

Dated:   June 16, 2014                                     _____
                                                                                  SENIOR  DISTRICT  JUDGE