1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**STEVEN R. WHITFIELD,**                    Case No.:1:13-cv-00724-JLT

12
            Plaintiff,                      **[~~PROPOSED~~] ORDER GRANTING**
13                                          **REQUEST TO APPEAR VIA**
            **v.**                          **COURTCALL**
14
                                            **(Doc. 51)**
15   **JOHN HERNANDEZ, et al.,**

16          Defendants.

17

18        GOOD CAUSE APPEARING, Defendants' request to appear telephonically for the

19   October 1, 2015 pretrial conference is granted.  Counsel shall make arrangements to appear via

20   CourtCall, and email confirmation to jltorders@caed.uscourts.gov.

21

     IT IS SO ORDERED.
22

23     Dated:   **September 22, 2015**            **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28
                                          1