KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
TIMOTHY H. DELGADO, State Bar No. 275580
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-6372
  Fax: (916) 324-5205
  E-mail: Timothy.Delgado@doj.ca.gov
*Attorneys for Defendants Aceves, Aguilera, and Hernandez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN R. WHITFIELD,**<br><br>               Plaintiff,<br><br>     v.<br><br>**JOHN HERNANDEZ, et al.,**<br><br>               Defendants. | 1:13-cv-00724-JLT<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 63) |

   Plaintiff Steven R. Whitfield and Defendants Aceves, Aguilera, and Hernandez have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated:  November 23, 2015        */s/ Steven R. Whitfield*
Steven R. Whitfield
*Plaintiff Pro Se*

Dated:  November 23, 2015        */s/ Timothy H. Delgado*
Timothy H. Delgado
Deputy Attorney General
California Department of Justice
*Attorney for Defendants Aceves, Aguilera, and Hernandez*

**ORDER**

In keeping with the parties' stipulation, this action is **DISMISSED** with prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated:   **November 23, 2015**             /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE